**PASHMAN STEIN WALDER HAYDEN, P.C.**
Michael S. Stein, Esq.
Dominique Kilmartin, Esq.
Court Plaza South
21 Main Street, Suite 200
Hackensack, New Jersey 07601
(201) 270-4948
*Attorneys for Third-Party Defendants Hilco Trading, LLC, d/b/a Hilco Global; Hilco Merchant Resources, LLC; ReStore Capital, LLC; and Ian S. Fredericks*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AINSLIE H. VOREL, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MARC SALKOVITZ and PAMELA SALKOVITZ,<br><br>    Defendants. | Civil Action No. 24-cv-05933-BRM-MAH<br><br><br><br>**STIPULATION AND ORDER TO TRANSFER VENUE** |
| MARC SALKOVITZ and PAMELA SALKOVITZ,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>HILCO TRADING COMPANY D/B/A HILCO GLOBAL; HILCO MERCHANT RESOURCES, LLC; RESTORE CAPITAL, LLC; and IAN FREDERICKS,<br><br>    Third-Party Defendants. | |

WHEREAS, on May 8, 2024, Plaintiff Ainslie H. Vorel ("Vorel") initiated this lawsuit on behalf of herself and a putative class (collectively with Vorel, "Plaintiffs") alleging that

1

Defendants Marc and Pamela Salkovitz ("the Salkovitzes"), officers and indirect owners of Christmas Tree Shops, LLC ("CTS"), violated the New Jersey WARN Act in connection with the termination of Plaintiffs' employment from CTS (ECF No. 1); and

WHEREAS, Plaintiffs filed the operative Amended Complaint on May 16, 2024 (ECF No. 5), which the Salkovitzes answered on July 11, 2024 (ECF No. 15); and

WHEREAS, on March 12, 2025, the Salkovitzes filed an amended Answer and Third-Party Complaint for contribution against Third-Party Defendants Hilco Trading, LLC, erroneously named as Hilco Trading Holding Company ("Hilco Trading"), Hilco Merchant Resources, LLC ("HMR"), ReStore Capital, LLC ("ReStore"), and Ian S. Fredericks ("Fredericks") (collectively "Third-Party Defendants") (ECF No. 35); and

WHEREAS, on May 20, 2025, Third-Party Defendants filed a letter to the Court requesting a pre-motion conference regarding their proposed motion to transfer venue to the U.S. District Court for the District of Delaware pursuant to 28 U.S.C. §§ 1404(a) and 1412, and their accompanying proposed motion for an extension of time to file a responsive pleading pursuant to Fed. R. Civ. P. 6 and L. Civ. R. 6.1 (ECF No. 53); and

WHEREAS, Third-Party Defendants sought a transfer to the U.S. District Court for the District of Delaware so that the parties could request a referral to the Delaware Bankruptcy Court, where underlying bankruptcy cases, said cases being styled *In re Christmas Tree Shops, LLC, et al.*, Case No. 23-10576-TMH (the "Bankruptcy Cases") are pending; and

WHEREAS, on June 2, 2025, Plaintiffs and the Salkovitzes represented to the Court that they would not oppose a transfer to the U.S. District Court for the District of Delaware (ECF Nos. 55, 57); and

WHEREAS, by executing this Stipulation, Third-Party Defendants do not waive any defenses with respect to service, venue, or jurisdiction,

IT IS HEREBY STIPULATED AND AGREED, that the above-captioned action be, and hereby is, transferred to the U.S. District Court for the District of Delaware pursuant to 28 U.S.C. §§ 1404(a) and 1412.

Dated: June 9, 2025

/s/ Christopher P. Anton
Christopher P. Anton
Mark B. Conlan
Robert K. Malone
**Gibbons, P.C.**
One Gateway Center
Newark, NJ 07102

*Attorneys for Plaintiff Ainslie H. Vorel, individually and on behalf of all others similarly situated*

/s/ Jeffrey Schreiber
Jeffrey Schreiber
**Meister Seelig & Fein, PLLC**
4 E&F Auer Court
Williamsburg Commons
East Brunswick, NJ 08816

*Attorneys for Defendants-Third-Party Plaintiffs Marc and Pamela Salkovitz*

/s/ Michael S. Stein
Michael S. Stein
Dominique Kilmartin
**Pashman Stein Walder Hayden, P.C.**
21 Main Street, Ste 200
Hackensack, NJ 10036

*Attorneys for Third-Party Defendants Hilco Trading LLC, d/b/a Hilco Global; Hilco Merchant LLC; Restore Capital, LLC; and Ian S. Fredericks*

SO ORDERED:

Hon. Brian R. Martinotti
United States District Judge
6/10/2025

3